ACCEPTED
03-11-00420-CV
4601789
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 1:39:03 PM
JEFFREY D. KYLE
CLERK

## THE LAW OFFICES OF
## STEPHEN H. NICKEY, P.C.
ATTORNEY AND COUNSELOR AT LAW
1201 N. Mesa
2nd Floor, Suite B
El Paso, Texas 79902

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 1:39:03 PM
JEFFREY D. KYLE
Clerk

Writer's E-Mail Address:
snickey@nickeylaw.com

(915) 351-6900
Fax (915) 351-6901

March 18, 2015

Liz Talerico, Deputy Clerk
Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Re: Court of Appeals Number: 03-11-00420-CV
Trial Court Case Number: B-09-0977-C

Style of Case: *David Penny vs. El Patio, LLC d/b/a El Patio Motel*

Dear Ms. Talerico:

Pursuant to your letter dated February 27, 2015, please be advised that I intend to argue this case before the Court at the scheduled date of April 9, 2015 at 8:30 a.m. in San Angelo, Texas in regards to the above referenced matter.

Should you require any further information, please feel free to contact the undersigned.

Respectfully submitted,

Stephen H. Nickey

SHN/md